# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL SIAS, | § | |
|     *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-06-2043 |
| | § | |
| WALGREENS, | § | |
|     *Defendant*. | § | |

## ORDER

On June 14, 2006, plaintiff Paul Sias, a resident of Houston, Texas, filed a complaint against the Walgreens store located on Almeda Street in Houston. In the complaint Sias alleges the manager of the Walgreens store frisked his upper torso without his permission. Sias seeks $500.00 in damages. The complaint neither states nor alleges any grounds upon which this court's jurisdiction depends. *See* FED. R. CIV. P. 8(a). Because there is no apparent basis of subject matter jurisdiction, the complaint is DISMISSED. The motion for default judgment (Dkt. 7) is DENIED as moot.

Signed on August 31, 2006, at Houston, Texas.

_____
Gray H. Miller
United States District Judge